GERÓNIMO GUEVARA, peticionario, *v.* LA CORTE de DISTRITO de PONCE, HON. ANGEL ACOSTA QUINTERO, JUEZ, demandado.

No. 594.—*Visto:* Enero 23, 1928. *Resuelto:* Marzo 29, 1928.

CERTIORARI—NATURALEZA Y FUNDAMENTOS—EXISTENCIA DEL RECURSO DE APELACIÓN—CASO EN QUE NO FACILITA UN REMEDIO RÁPIDO Y EFICAZ.—Cuando existiendo el recurso de apelación se hace uso del extraordinario de *certiorari* y no se demuestra que la apelación no sea adecuada, rápida y eficaz para los fines de la justicia, no procede el *certiorari*.

CERTIORARI para revisar resolución de *Angel Acosta Quintero*, J. (Ponce), concediendo permiso para intervenir en un pleito. *Anulado el auto.*

*Leopoldo Tormes*, abogado del peticionario; *J. Tous Soto*, compareció a nombre de la interventora.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Gerónimo Guevara nos presentó una solicitud para que librásemos un auto de *certiorari* a la Corte de Distrito de Ponce en pleito que en ella sigue contra Eulalio Gómez en cobro de pesos, porque después de dictada sentencia en él y de ser firme ha permitido que una tercera persona intervenga en el pleito presentando demanda de intervención. Accedimos a esa solicitud y recibidos los autos originales de ese pleito tuvo lugar la vista de la petición con asistencia de las partes.

Aparece del pleito que habiendo demandado Gerónimo Guevara a Eulalio Gómez en cobro de dinero el Secretario registró sentencia en rebeldía del demandado condenándole

a pagar la cantidad reclamada, y que cuatro meses después Margarita Biaggi, esposa del demandado, compareció en ese pleito solicitando de la corte que anulase la anotación de la rebeldía del demandado, que dejase sin efecto la sentencia dictada contra él y que le permitiese presentar una demanda de intervención, alegando que la obligación reclamada es simulada y producto de una confabulación entre su esposo y su hermano político el demandante hecho para perjudicarla en sus bienes y en las rentas de ellos; que el pagaré base de la demanda fué otorgado por su esposo después de existir un pleito de divorcio establecido por la peticionaria, que ha terminado por sentencia del Tribunal Supremo de Puerto Rico declarando sin lugar la demanda y alegando otras cosas más. La corte de distrito accedió a todas las peticiones de la esposa por resolución de 29 de noviembre de 1927, que el mismo día fué notificada al demandante, quien interpuso contra ella este *certiorari* el 29 de diciembre siguiente, después de haberse presentado la demanda de intervención de la esposa y de haber formulado el demandante la excepción previa de no alegar la demanda hechos determinantes de causa de acción.

La resolución recurrida por este *certiorari* era apelable de acuerdo con el artículo 295, No. 3, del Código de Enjuiciamiento Civil dentro de los diez días de dictada, por ser resolución especial dictada después de sentencia, pero el demandante no estableció ese recurso ordinario que le da la ley y después de vencido el término para apelar ha utilizado en su lugar el extraordinario de *certiorari* para que decidamos las mismas cuestiones que pudieron ser materia de la apelación.

En repetidos casos hemos declarado que no es procedente el recurso extraordinario de *certiorari* cuando la ley concede el recurso ordinario de apelación, a menos que ésta no resulte en el caso adecuada, rápida y eficaz para los fines de la justicia, circunstancias que no se nos ha demostrado que concurren en el presente caso, en el que posible-

mente en la excepción previa que el peticionario ha alegado contra la demanda de intervención de la esposa podrá demostrar que ella no tiene derecho a intervenir en el pleito.

*Por el motivo expresado el auto de* certiorari *que libramos en este caso debe ser anulado.*

El Juez Asociado Señor Texidor no intervino.